| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>298GNR<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>DENISE M HAFELE<br><br>  Debtor(s). | Case No.:   19-19819 JNP<br><br>Chapter:   7<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. This party is a party in interest in this case pursuant to a mortgage dated August 30, 2007 and recorded in the Office of the CAPE MAY County Clerk/Register on September 20, 2007 in Mortgage Book 4645, Page 553, and is a secured creditor in the foreclosure action. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

```
ADDRESS:     FEIN, SUCH, KAHN & SHEPARD, P.C.
             Counsellors at Law
             7 Century Drive - Suite 201
             Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.
```

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Secured Creditor

/s/ R.A. Lebron, Esq.
R.A. LEBRON, ESQ.

Dated: May 16, 2019

Case No.:   19-19819 JNP                 2