| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>298GNR<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>DENISE M HAFELE<br><br> Debtor(s). | Case No.:  19-19819 JNP<br><br>Adv. No.:<br><br>Chapter:  7<br><br>Hearing Date: July 23, 2019<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr.<br><br>**NOTICE OF MOTION TO VACATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 (d)** |

```
TO:   STEPHANIE F. RITIGSTEIN
      JENKINS AND CLAYMAN
      412 WHITE HORSE PIKE
      AUDUBON, NJ 08106
      Debtor(s)' Attorney

      THOMAS J SUBRANNI
      SUBRANNI ZAUBER
      1624 PACIFIC AVENUE
      ATLANTIC CITY, NJ 08401
      Trustee in Bankruptcy

      DENISE M HAFELE
      10401 CORINTHIAN DRIVE
      STONE HARBOR, NJ 08247
      Debtor(s)
```

SIR and MADAM:

PLEASE TAKE NOTICE that the undersigned attorney for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, shall move before the, United States Bankruptcy Judge, Hon. Jerrold N. Poslusny, Jr., 400 Cooper St, 4th Floor, Courtroom 4C Camden, NJ 08101 on the 23rd day of July, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, for the following relief:

A.   For an Order to Vacate the Automatic Stay pursuant to 11 U.S.C. 362 (d) (1) and/or (2) to permit JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, to proceed against the Debtor(s) and to foreclose upon residential real property of the Debtor(s) known as <u>10401 CORINTHIAN DR, STONE HARBOR, NJ 08247-1232</u> (hereinafter "Premises"), by any lawful means in the Superior Court of New Jersey, Chancery Division; and

B.   For such other relief as is just.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, counsel will rely upon the Affidavit of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

Dated: 07/02/2019            **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                             Attorneys for Secured Creditor,
                             JPMORGAN CHASE BANK, NATIONAL
                             ASSOCIATION

                             <u>/s/ R.A. Lebron, Esq.</u>
                             R.A. LEBRON, ESQ.